UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TINA M. GRAY,

        Plaintiff,

                                                                       Case No. 10-CV-11348
v.                                                           HON. GEORGE CARAM STEEH

COMMISSIONER OF
SOCIAL SECURITY,

        Defendant.

_____/

ORDER ACCEPTING REPORT AND RECOMMENDATION (#10), DENYING
PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT (#7), AND GRANTING
DEFENDANT'S MOTION FOR SUMMARY JUDGMENT (#9)

     On April 5, 2010, plaintiff filed a complaint for judicial review following an adverse decision of the Commissioner of Social Security. The matter was referred to Magistrate Judge Majzoub. The parties filed cross-motions for summary judgment. On March 25, 2011, Magistrate Judge Majzoub issued a Report and Recommendation on the cross-motions for summary judgment. In her Report, Magistrate Judge Majzoub recommends defendant's motion for summary judgment be granted and plaintiff's motion for summary judgment be denied. Plaintiff has not filed objections to the Report and Recommendation, and the deadline for doing so has passed. The court has reviewed the Report and Recommendation, and in the absence of timely objection,

     The court hereby adopts Magistrate Judge Majzoub's March 25, 2011 Report and Recommendation. Plaintiff's complaint is hereby DISMISSED.

        SO ORDERED.

Dated: April 28, 2011

s/George Caram Steeh  
GEORGE CARAM STEEH  
UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on April 28, 2011, by electronic and/or ordinary mail.

s/Marcia Beauchemin  
Deputy Clerk